No. 942. WITT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1004. BOLLETTIERI v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, and *Robert E. Fischer* and *Maxwell B. Spoont,* Special Assistant Attorneys General, for respondent.

No. 941. BLAZINA v. BOUCHARD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Robert J. Carluccio* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 708. LOCAL No. 520, INTERNATIONAL LADIES' GARMENT WORKERS' UNION, AFL–CIO, v. GLENDALE MANUFACTURING Co. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morris P. Glushien* and *Ruth Weyand* for petitioner.

No. 937. STATE TAX COMMISSION OF ARIZONA v. MURRAY CO. OF TEXAS, INC. Motion for leave to use record in No. 168, October Term, 1960, granted. Petition for writ of certiorari to the Supreme Court of Arizona denied. *Robert W. Pickrell,* Attorney General of Arizona, *Philip M. Haggerty,* Assistant Attorney General, and *Leslie C. Hardy,* Special Assistant Attorney General, for petitioner. *Denison Kitchel* for respondent.